1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN INGUEZ, | ) | Case No. CV 12-1131 DOC (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| T.E. BUSBY, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

   Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

   IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: July 29, 2013

_/s/ David O. Carter_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE